UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

LINDA A. EWING,

    Plaintiff,

v.                                   C.A. No.:10-30125-~~MAP~~ *KPN*

ANITA A. NORTON,
HELEN L. NOLAN, and
LENORA E. CAMPOLI,

    Defendants.

## COMMISSIONER'S ASSENTED-TO MOTION FOR INSTRUCTIONS  *APPROVED BY THE COURT*

NOW COMES the Commissioner, Anthony P. Doyle, Esq., who hereby moves this Court to allow certain instructions with respect to the sale of the property that forms the subject matter of the above captioned partition proceedings, to wit, that certain lot or parcel of real property with the improvements thereupon situated in the Town of West Stockbridge, Massachusetts, located at 26 State Line Road in said Town (hereinafter "the State Line Road property") as pertains to the interest of Plaintiff, Linda A. Ewing and Defendants, Anita A. Norton, Helen L. Nolan, and Lenora E. Campoli, in that part of the State Line Road property subject to the existing encroachment, and states as follows:

    1.    Your Commissioner has accepted an offer to purchase the remaining land, with buildings thereon, for consideration of $170,000.00.

1

2. Your commissioner believes this to be a fair and reasonable price as the property has been listed with a real estate broker for more than one year. The only other offer was for $80,000.00 that was not deemed acceptable by your commissioner.

3. The purchaser of the property is to assume all costs of "hook-up" to the municipal sewer system. The seller to be responsible for decommissioning the present septic system after the sewer hook-up.

WHEREFORE, Your Commissioner seeks final approval by this Court, by way of instructions by assent of all parties with respect to the sale of the State Line Road property, as set forth above, and requests authority to convey that remaining portion of the State Line Road property so designated and described.

Dated: May 21, 2013

Anthony P. Doyle, Esq.
Commissioner
Barry & Doyle
8 Bank Row
Pittsfield, MA 01201
413-499-1701

SO ORDERED:

U.S.M.J. KENNETH P. NEIMAN
May 23, 2013

2